IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 13-cv-21730- Williams/Turnoff

TAMARA EDDIE

    Plaintiff

v.

FLORIDA DEPARTMENT OF CORRECTIONS,
  An Agency of the State of Florida

    Defendant
_____/

## DEFENDANT'S EXPERT WITNESS DISCLOSURE

Defendant, FLORIDA DEPARTMENT OF CORRECTIONS ("DOC"), pursuant to this Court's "Order Setting Schedule, Requiring Mediation, Referring Certain matters to Magistrate Judge, And Establishing Pre-Trial Procedures" (D.E.11), and Fed R. Civ. Pro. 26(a)(2)(c), *Witnesses Who Do Not Provide a Written Report.* hereby discloses the following expert:

**Eugene Atherton**
101 Yucca Ave
Florence, CO 81226

### Subject Matter on Which the Witness Will Present Evidence

Mr. Atherton is our expert in correctional institution procedures, practices, and policies, including employment issues. He is expected to testify regarding employee acts that could constitute cause for termination, performance standards for corrections facility employees, and the bureaucratic structure of correction facilities, including as applied to the Plaintiff, TAMARA EDDIE, and Defendant, DOC.

## Summary of Facts and Opinions

Mr. Atherton has worked in the Corrections Field for almost 37 years.  He is currently the President of Correctional Consulting Services Group, LLC, in Florence, CO.  Mr. Atherton will testify and render an opinion that termination of employment of a correctional officer for abandonment of her post is a reasonable, fitting, and legitimate decision by a correctional institution, particularly if it follows other failures of the correctional officer to conform her behavior with the rules and practices of the institution, and that conduct of the type attributed to Plaintiff deserved supervisory concern and merited disciplinary action.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using CM/ECF this 3 day of March, 2014.

Respectfully submitted,
**HELEN ANN HAUSER, ESQ.**
**ERIC FARMELANT, ESQ**.
**JEFFREY FINK, ESQ.**
**RESTANI, DITTMAR & HAUSER**
*Attorneys for Department of Corrections*
201 Alhambra Circle - Suite 1050
Coral Gables, FL  33134
T:  305.445.4090 - F:  305. 445.7728

By:   */s/ Eric Farmelant*
HELEN ANN HAUSER
FBN 353906
hhauser@rdhlegal.com
JEFFREY H. FINK
FBN 292451
jfink@rdhlegal.com
ERIC FARMELANT
Fla. Bar No.: 84161
efarmelant@rdhlegal.com