IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 13-cv-21730- Williams/Turnoff

TAMARA EDDIE

    Plaintiff

v.

FLORIDA DEPARTMENT OF CORRECTIONS,
  An Agency of the State of Florida

    Defendant
_____/

## DEFENDANT'S NOTICE OF COMPLIANCE WITH RULE 26 EXPERT DISCLOSURE

Defendant, FLORIDA DEPARTMENT OF CORRECTIONS, hereby gives notice to the Court that pursuant to agreement with Plaintiff, it has supplemented its Expert Disclosure in compliance with Federal Rule of Civil Procedure 26.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using CM/ECF this 28th day of March, 2014.

    Respectfully submitted,
    **HELEN ANN HAUSER, ESQ.**
    **ERIC FARMELANT, ESQ**.
    **JEFFREY FINK, ESQ.**
    **RESTANI, DITTMAR & HAUSER**
    *Attorneys for Department of Corrections*
    201 Alhambra Circle - Suite 1050
    Coral Gables, FL  33134
    T:  305.445.4090 - F:  305. 445.7728

    By: ___/s/ *Eric Farmelant*_____

2

                            HELEN ANN HAUSER
                            FBN 353906
                            hhauser@rdhlegal.com
                            JEFFREY H. FINK
                            FBN 292451
                            jfink@rdhlegal.com
                            ERIC FARMELANT
                            Fla. Bar No.: 84161
                            efarmelant@rdhlegal.com

W:\WORD\FILES\61-8552\Pleadings\notice of compliance.wpd