UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-21730-WILLIAMS

TAMARA EDDIE,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DISCOVERY DEADLINES

THIS MATTER is before the Court on Defendant's Motion to Extend Expert Disclosure Deadlines [D.E. 22]. The Motion is GRANTED. The Court's Scheduling Order [D.E. 11] is amended as follows:

1. Defendant shall be permitted to serve a supplement to its expert disclosure.

2. By April 15, 2014, the Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(2).

3. The Parties shall complete expert discovery by June 1, 2014.

4. The Court's Scheduling Order [D.E. 11] remains in effect in all other respects.

DONE AND ORDERED in Chambers in Miami, Florida, this 28 day of March, 2014.

                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record